UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 1:23-cv-530-JL-AJ |
| ) | |
| **Six Holosun Weapon Sights, Models:** ) | |
| **(1) HE509T-RD, (3) HS403C, (2) HS510C, et al,** ) | |
| ) | |
| **Defendants *in rem*.** ) | |
| _____ ) | |

## STATUS UPDATE

The United States completed Service by Publication as to the asset forfeiture of the defendants *in rem* on May 29, 2024. DN 4. Claims were due on June 28, 2024. *Id.* No claimants in the United States have come forward.

The Government believes there are potential claimants residing on the Chinese mainland. To assist with service, the DOJ's Office of International Affairs ("OIA") contacted the Chinese Embassy in Washington, D.C. to ask if the Chinese government would assist with notice to potential claimant living in China.

The Chinese government responded that the request for assistance be made through a formal MLAT request. Consequently, the Government has begun the formal request for Chinese assistance with service of the Complaint and related documents and Notice of Forfeiture through the Mutual Legal Assistance Treaty (MLAT).

This process is both labor and time intensive. As such, the United States will provide the Court with a status update in 6 months, if service has not been effectuated prior to that time.

2

                                Respectfully submitted,

                                JOHN J. MCCORMACK
                                Acting United States Attorney

Date: July 11, 2025                By:  /s/ Raphael Katz
                                                Raphael Katz
                                                Assistant U.S. Attorney
                                                NY Bar No. 4371688
                                                United States Attorney's Office
                                                53 Pleasant Street
                                                Concord, NH  03301
                                                (603) 225-1552
                                                Raphael.Katz@usdoj.gov